**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RANDALL L. HAGEN,

Civil No. 25-2433 (JRT/DJF)

Plaintiff,

v.

STENGER & STENGER, P.C.,

**ORDER ADOPTING REPORT**
**AND RECOMMENDATION**

Defendant.

Carl E. Christensen, Christopher Wilcox, Sydney Maglio, **CHRISTENSEN SAMPSEL PLLC**, 305 North Fifth Avenue, Suite 375, Minneapolis, MN 55401, for Plaintiff.

Patrick D. Newman, **BASSFORD REMELE**, 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402, for Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Dulce J. Foster dated December 12, 2025 (Docket No. [28]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

1. That this action be **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: February, 10, 2026          _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                    JOHN R. TUNHEIM
                                      United States District Judge